28495-010

Michael Delaney
Federal Institution
Coleman Medium
P.O. Box 1032
Coleman Fla

  

Jacksonville Courts
~~[redacted]~~
300 North Hogan Street
Jacksonville Fla 32202