UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                              Case No. 3:98-cr-336-J-25JBT

MICHAEL DELANCY

---

### ORDER

Defendant's pro so Motion for Reduction of Sentence Pursuant to Compassionate Relief/First Step Act (Doc. 476) is **STRICKEN**, because Defendant is represented by counsel. See Local Rule 2.03(d), United States District Court, Middle District of Florida ("Any party for whom a general appearance of counsel has been made shall not thereafter take any step or be heard in the case in proper person, absent prior leave of Court"). (See also Docs. 474, 475).

Defendant's counsel shall file a motion for compassionate release by **October 13, 2020**. The United

States shall respond to Defendant's motion by **October 30, 2020,** and Defendant may file a reply by **November 9, 2020.**

**DONE AND ORDERED** at Jacksonville, Florida, this 29th day of September, 2020.

HENRY LEE ADAMS, JR.
United States District Judge

caw 9/28
c:
Michael Delancy, #28495-018
Counsel of Record