***<u>Exhibit "B"</u>***

**Horse Shoe Carriers LLC**

**3020 S.W. Archer Road**

**Gainesville, Florida 32608**

January 5, 2021

To Attorney Adam,

Please accept this letter as verification of Michael Delancy's employment with Horse Shoe Carriers, LLC. He will be employed as the Office Manager Dispatcher.

If you have any questions or need any additional information, please feel free to contact me at 904.778.6025 or Delancytrucking@yahoo.com.

Sincerely,

Jarrell Delancy

Owner

Horse Shoe Carriers