# *Composite Exhibit "C"*

# *Excerpts of 2020 BOP Medical Records*

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | DELANCY, MICHAEL KEITH | | Reg #: | 28495-018 |
| Date of Birth: | | Sex: M   Race: BLACK | Facility: | COM |
| Encounter Date: | 11/24/2020 13:02 | Provider: Wheeling, Linda FNP-C | Unit: | C05 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  1    Provider:  Wheeling, Linda FNP-C

   Chief Complaint:   HYPERTENSION

   Subjective:   C/o lightheadedness for the past year when he stands up that lasts for "a minute" - admits he doesn't drink much water and takes 25 mg HCTZ QD for BP and amlodipine 5 mg po QD. BP is in good control - see VS.

   States he is otherwise well. Says the cop out for swelling in legs from July 2020 is no longer an issue. He shows me his legs - he does not have b/l peripheral edema.

   Pain:   No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 11/24/2020 | 13:08 COX | 98.1 | 36.7 | | Wheeling, Linda FNP-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 11/24/2020 | 13:08 COX | 58 | | | Wheeling, Linda FNP-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 11/24/2020 | 13:08 COX | 18 | Wheeling, Linda FNP-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 11/24/2020 | 13:08 COX | 123/66 | | | | Wheeling, Linda FNP-C |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 11/24/2020 | 13:08 COX | 100 | | Wheeling, Linda FNP-C |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 11/24/2020 | 13:08 COX | 210.0 | 95.3 | | Wheeling, Linda FNP-C |

**Exam:**

  **General**

    **Affect**

      Yes: Pleasant, Cooperative

    **Appearance**

      Yes: Appears Well, Alert and Oriented x 3

    **Nutrition**

      Yes: Within Normal Limits

  **Pulmonary**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | DELANCY, MICHAEL KEITH | | | Reg #: | 28495-018 |
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | COM |
| Encounter Date: | 04/16/2020 10:21 | Provider: Miranda, Jeannette FNP- | | Unit: | C05 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**      **Provider:** Miranda, Jeannette FNP-BC

   **Chief Complaint:** Other Problem
   **Subjective:** C/o left sided chest pain for a couple months.  States he had chest pain when he woke up lasting about 30 seconds. States left leg was numb this morning.
   **Pain:** No

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/16/2020 | 10:26 COX | 97.2 | 36.2 | | Miranda, Jeannette FNP-BC |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/16/2020 | 10:26 COX | 60 | | | Miranda, Jeannette FNP-BC |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 04/16/2020 | 10:26 COX | 18 | Miranda, Jeannette FNP-BC |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/16/2020 | 10:26 COX | 130/79 | | | | Miranda, Jeannette FNP-BC |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 04/16/2020 | 10:26 COX | 98 | Room Air | Miranda, Jeannette FNP-BC |

**Exam:**
   **General**
      **Appearance**
         Yes: Alert and Oriented x 3
         No: Appears Distressed
   **Pulmonary**
      **Observation/Inspection**
         Yes: Within Normal Limits
   **Cardiovascular**
      **Observation**
         Yes: Within Normal Limits
   **Neurologic**
      **Cranial Nerves (CN)**
         Yes: CN 2-12 Intact Grossly

**Exam Comments**

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | DELANCY, MICHAEL KEITH | | | Reg #: | 28495-018 |
| Date of Birth: | | Sex: M | Race: BLACK | Facility: | COM |
| Note Date: | 01/08/2020 11:43 | Provider: | Li, Richard MD | Unit: | C05 |

Admin Note - Consultation encounter performed at Health Services.
**Administrative Notes:**

   **ADMINISTRATIVE NOTE   1**   **Provider:** Li, Richard MD

      65 yo A male was seen by surgeon for a 6 cm lipoma in buttock for 7 yrs. excision recommended

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| General Surgery | 01/15/2020 | 01/15/2020 | Routine | No | |

   **Subtype:**
      Lipoma Removal, Surgery
   **Reason for Request:**
      65 yo AA male was seen by surgeon for a 6 cm lipoma in buttock for 7 yrs. excision recommended

**Copay Required:** No     **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Li, Richard MD on 01/08/2020 11:46

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | DELANCY, MICHAEL KEITH | | Reg #: | 28495-018 |
| Date of Birth: | | Sex: M   Race: BLACK | Facility: | COM |
| Encounter Date: | 01/08/2020 11:04 | Provider: Li, Richard MD | Unit: | C05 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**     **Provider:** Li, Richard MD

   **Chief Complaint:** GENERAL

   **Subjective:** c/o pressure in left side neck and face; c/o palpitation on daily basis. had a normal Holter test in 2017. feels dizzy sometimes with walking. EKG normal.
Hepatitis C, known > 20 yrs. LFT normal. APRI < 0.5. did not drink alcohol on the street.
Has HTN > 8 yrs. says he takes HCTZ, not amlodipine. BP mildly elevated. has mild renal insufficiency, mild stage 3. pt is made aware.
Has pre-diabetes. Hb a1c at 5.9 .
Has carotid stenosis of 40 %, as per hospital record
S/P normal colonoscopy in 2014.
has anxiety since incarceration, but rarely has anxiety episodes..

   **Pain:** No

**Seen for clinic(s):** Hypertension, Infectious Disease, Orthopedic/Rheumatology

**ROS:**

   **Cardiovascular**
     **General**
       No: Angina, Exertional dyspnea

   **Psychiatric**
     **General**
       Yes: Mood Impaired, Anxious, Sleep Impaired, Sleep-Decreased
       No: Mood-Down, Suicide/Self-Harm Thoughts

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/08/2020 | 11:14 COX | 97.1 | 36.2 | | Li, Richard MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 01/08/2020 | 11:16 COX | 50 | | | Li, Richard MD |
| 01/08/2020 | 11:14 COX | 54 | | | Li, Richard MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 01/08/2020 | 11:16 COX | 147/84 | Right Arm | | | Li, Richard MD |
| 01/08/2020 | 11:14 COX | 154/81 | Left Arm | | | Li, Richard MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 01/08/2020 | 11:16 COX | 216.0 | 98.0 | | Li, Richard MD |

**Exam:**
   **General**

| | | | | |
|---|---|---|---|---|
| Inmate Name: DELANCY, MICHAEL KEITH | | | Reg #: | 28495-018 |
| Date of Birth: | Sex: M | Race: BLACK | Facility: | COM |
| Encounter Date: 01/08/2020 11:04 | Provider: Li, Richard MD | | Unit: | C05 |

**Exam:**
    Yes: Within Normal Limits
  **Motor System-Strength**
    No: Weakness
**Mental Health**
  **Affect**
    Yes: Appropriate
    No: Anxious, Depression, Sad

**ROS Comments**
-mild exercise x 2 hrs a day, 2-3 days a week
-Cr 1.28 H, cbc, lipid LFT normal

**ASSESSMENT:**

Hepatitis C, chronic w/o mention of hepatic coma, 070.54 - Current

Hyperlipidemia, mixed, 272.2 - Current

Occlusion and stenosis of carotid artery without cerebral infarction., 433.10 - Current

Essential (primary) hypertension, I10 - Current

Prediabetes, R7303 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | amLODIPine Tablet | 01/08/2020 11:04 | 5 mg Orally - daily x 363 day(s) |
| | **Indication:** Essential (primary) hypertension | | |

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 964578-COX | hydroCHLOROthiazide 25 MG Tab | 01/08/2020 11:04 | Take one tablet (25 MG) by mouth daily x 363 day(s) |
| | **Indication:** Essential (primary) hypertension, Edema, unspecified | | |
| 914359-COX | Aspirin 81 MG EC Tab | 01/08/2020 11:04 | Take two tablets (162 MG) by mouth each morning x 360 day(s) |
| | **Indication:** Occlusion and stenosis of carotid artery without cerebral infarction. | | |
| 914360-COX | Atorvastatin 10 MG Tab | 01/08/2020 11:04 | Take one tablet (10 MG) by mouth each day for control of cholesterol x 360 day(s) |
| | **Indication:** Hyperlipidemia, mixed, Occlusion and stenosis of carotid artery without cerebral infarction. | | |

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 973182-COX | amLODIPine 10 MG TAB | 01/08/2020 11:04 | Take one tablet (10 MG) by mouth each day to control blood pressure |
| | **Discontinue Type:** When Pharmacy Processes | | |
| | **Discontinue Reason:** new order written | | |
| | **Indication:** | | |

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Chronic Care Clinics-Diabetic-CBC | One Time | 08/06/2020 00:00 | Routine |

# Bureau of Prisons
# Health Services
# Vitals All

| | | | | |
|---|---|---|---|---|
| Begin Date: | 01/01/2020 | | End Date: | 12/31/2020 |
| Reg #: | 28495-018 | | Inmate Name: | DELANCY, MICHAEL KEITH |

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 11/24/2020 | 14:00 COX | 98.3 | 36.8 | | Vazquez-Diaz, Pio DMD |
| **Orig Entered:** 11/24/2020 14:58 EST   Vazquez-Diaz, Pio DMD | | | | | |
| 11/24/2020 | 13:08 COX | 98.1 | 36.7 | | Wheeling, Linda FNP-C |
| **Orig Entered:** 11/24/2020 13:11 EST   Wheeling, Linda FNP-C | | | | | |
| 08/28/2020 | 10:46 COX | 97.7 | 36.5 | | Siddiqui, Saad PA-C |
| **Orig Entered:** 08/28/2020 10:47 EST   Siddiqui, Saad PA-C | | | | | |
| 07/15/2020 | 10:00 COX | 97.2 | 36.2 | Forehead | Festa, M. APRN |
| **Orig Entered:** 07/15/2020 10:01 EST   Festa, M. APRN | | | | | |
| 07/14/2020 | 09:20 COX | 97.6 | 36.4 | | Torres, M. RN/IOP/IDC |
| **Orig Entered:** 07/14/2020 09:21 EST   Torres, M. RN/IOP/IDC | | | | | |
| 07/09/2020 | 12:45 COX | 98.0 | 36.7 | | Torres, M. RN/IOP/IDC |
| **Orig Entered:** 07/09/2020 12:47 EST   Torres, M. RN/IOP/IDC | | | | | |
| 07/08/2020 | 12:46 COX | 97.9 | 36.6 | | Torres, M. RN/IOP/IDC |
| **Orig Entered:** 07/09/2020 12:47 EST   Torres, M. RN/IOP/IDC | | | | | |
| 07/06/2020 | 15:36 COX | 97.4 | 36.3 | | Torres, M. RN/IOP/IDC |
| **Orig Entered:** 07/06/2020 15:37 EST   Torres, M. RN/IOP/IDC | | | | | |
| 04/16/2020 | 10:26 COX | 97.2 | 36.2 | | Miranda, Jeannette FNP-BC |
| **Orig Entered:** 04/16/2020 10:28 EST   Miranda, Jeannette FNP-BC | | | | | |
| 01/08/2020 | 11:14 COX | 97.1 | 36.2 | | Li, Richard MD |
| **Orig Entered:** 01/08/2020 11:18 EST   Li, Richard MD | | | | | |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 11/24/2020 | 13:08 COX | 58 | | | Wheeling, Linda FNP-C |
| **Orig Entered:** 11/24/2020 13:11 EST   Wheeling, Linda FNP-C | | | | | |
| 04/16/2020 | 10:26 COX | 60 | | | Miranda, Jeannette FNP-BC |
| **Orig Entered:** 04/16/2020 10:28 EST   Miranda, Jeannette FNP-BC | | | | | |
| 01/08/2020 | 11:16 COX | 50 | | | Li, Richard MD |
| **Orig Entered:** 01/08/2020 11:18 EST   Li, Richard MD | | | | | |
| 01/08/2020 | 11:14 COX | 54 | | | Li, Richard MD |
| **Orig Entered:** 01/08/2020 11:18 EST   Li, Richard MD | | | | | |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 11/24/2020 | 13:08 COX | 18 | Wheeling, Linda FNP-C |
| **Orig Entered:** 11/24/2020 13:11 EST   Wheeling, Linda FNP-C | | | |
| 04/16/2020 | 10:26 COX | 18 | Miranda, Jeannette FNP-BC |
| **Orig Entered:** 04/16/2020 10:28 EST   Miranda, Jeannette FNP-BC | | | |

**Blood Pressure:**

| Begin Date: | 01/01/2020 | | End Date: | 12/31/2020 |
|---|---|---|---|---|
| Reg #: | 28495-018 | | Inmate Name: | DELANCY, MICHAEL KEITH |

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 11/24/2020 | 13:08 COX | 123/66 | | | | Wheeling, Linda FNP-C |
| | **Orig Entered:** 11/24/2020 13:11 EST | | Wheeling, Linda FNP-C | | | |
| 04/16/2020 | 10:26 COX | 130/79 | | | | Miranda, Jeannette FNP-BC |
| | **Orig Entered:** 04/16/2020 10:28 EST | | Miranda, Jeannette FNP-BC | | | |
| 01/08/2020 | 11:16 COX | 147/84 | Right Arm | | | Li, Richard MD |
| | **Orig Entered:** 01/08/2020 11:18 EST | | Li, Richard MD | | | |
| 01/08/2020 | 11:14 COX | 154/81 | Left Arm | | | Li, Richard MD |
| | **Orig Entered:** 01/08/2020 11:18 EST | | Li, Richard MD | | | |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 11/24/2020 | 13:08 COX | 100 | | Wheeling, Linda FNP-C |
| | **Orig Entered:** 11/24/2020 13:11 EST | | Wheeling, Linda FNP-C | |
| 08/28/2020 | 10:46 COX | 99 | | Siddiqui, Saad PA-C |
| | **Orig Entered:** 08/28/2020 10:47 EST | | Siddiqui, Saad PA-C | |
| 04/16/2020 | 10:26 COX | 98 | Room Air | Miranda, Jeannette FNP-BC |
| | **Orig Entered:** 04/16/2020 10:28 EST | | Miranda, Jeannette FNP-BC | |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 11/24/2020 | 13:08 COX | 210.0 | 95.3 | | Wheeling, Linda FNP-C |
| | **Orig Entered:** 11/24/2020 13:11 EST | | Wheeling, Linda FNP-C | | |
| 01/08/2020 | 11:16 COX | 216.0 | 98.0 | | Li, Richard MD |
| | **Orig Entered:** 01/08/2020 11:18 EST | | Li, Richard MD | | |

# Bureau of Prisons
# Health Services
# Health Problems

Reg #: 28495-018                Inmate Name:  DELANCY, MICHAEL KEITH

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Current** | | | | | | |
| Hepatitis C, chronic w/o mention of hepatic coma | | | | | | |
| 09/13/2010 13:22 EST  Deleon-Blanco, Miguel MD | III | ICD-9 | 070.54 | 08/07/2008 | Current | 08/07/2008 |
| 08/07/2008 08:30 EST  Rogers, L. LPN, IDC | III | ICD-9 | 070.54 | 08/07/2008 | Current | 08/07/2008 |
| Lipoma of other skin and subcutaneous tissue | | | | | | |
| 06/07/2019 12:10 EST  Dada, O. APRN | III | ICD-9 | 214.1 | 09/29/2014 | Current | 09/29/2014 |
|     Right butt check | | | | | | |
| 09/29/2014 13:05 EST  Li, Richard MD | III | ICD-9 | 214.1 | 09/29/2014 | Current | 09/29/2014 |
| Hyperlipidemia, mixed | | | | | | |
| 01/08/2015 11:41 EST  Li, Richard MD | III | ICD-9 | 272.2 | 01/08/2015 | Current | 01/08/2015 |
| Occlusion and stenosis of carotid artery without cerebral infarction. | | | | | | |
| 01/08/2015 11:41 EST  Li, Richard MD | III | ICD-9 | 433.10 | 01/08/2015 | Current | 01/08/2015 |
| Chronic periodontitis, unspecified | | | | | | |
| 06/18/2013 08:40 EST  Torres, Gina DMD | III | ICD-9 | 523.40 | 06/18/2013 | Current | 06/18/2013 |
| Ganglion, unspecified | | | | | | |
| 10/31/2013 08:42 EST  Ramos, Migdalia MLP | III | ICD-9 | 727.43 | 10/31/2013 | Current | 10/31/2013 |
| Osteoporosis, unspecified | | | | | | |
| 10/26/2010 11:14 EST  Shamim, Mir MLP | III | ICD-9 | 733.00 | 10/26/2010 | Current | 10/26/2010 |
| Tinea unguium | | | | | | |
| 07/31/2019 09:57 EST  Miranda, Jeannette FNP-BC | | ICD-10 | B351 | 07/31/2019 | Current | |
| Essential (primary) hypertension | | | | | | |
| 11/06/2017 10:44 EST  Li, Richard MD | | ICD-10 | I10 | 11/06/2017 | Current | |
| Cardiac arrhythmia | | | | | | |
| 08/29/2017 10:20 EST  Criswell, Linda PA-C | | ICD-10 | I499 | 02/17/2017 | Current | 08/29/2017 |
|     bradycardia | | | | | | |
| 03/09/2017 11:48 EST  Pappas, James FNP-C, CCHP | | ICD-10 | I499 | 02/17/2017 | Resolved | 03/09/2017 |
|     Clinically stable. Patient is asymptomatic. Follow-up evaluation with Dr. Garcia MD is pending. | | | | | | |
| 02/17/2017 12:10 EST  Criswell, Linda PA-C | | ICD-10 | I499 | 02/17/2017 | Current | |

Reg #: 28495-018                                       Inmate Name:   DELANCY, MICHAEL KEITH

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Acute nasopharyngitis [common cold] | | | | | | |
| 07/31/2019 08:55 EST  Miranda, Jeannette FNP-BC | | ICD-10 | J00 | 07/31/2019 | Current | |
| Chronic sinusitis, unspecified | | | | | | |
| 05/17/2018 14:05 EST  Criswell, Linda PA-C | | ICD-10 | J329 | 05/17/2018 | Current | |
| Retained dental root | | | | | | |
| 11/24/2020 14:59 EST  Vazquez-Diaz, Pio DMD     tooth #12 | | ICD-10 | K083 | 11/24/2020 | Current | |
| Unsatisfactory restoration of tooth | | | | | | |
| 05/16/2016 11:12 EST  Vazquez-Diaz, Pio DDS     tooth #10 | | ICD-10 | K0850 | 05/16/2016 | Current | |
| Arthropathy, unspecified | | | | | | |
| 03/17/2016 08:27 EST  Li, Richard MD | | ICD-10 | M129 | 03/17/2016 | Current | |
| Low back pain | | | | | | |
| 11/06/2017 10:44 EST  Li, Richard MD | | ICD-10 | M545 | 11/06/2017 | Current | |
| Chest pain, unspecified | | | | | | |
| 04/16/2020 10:34 EST  Miranda, Jeannette FNP-BC | | ICD-10 | R079 | 04/16/2020 | Current | |
| Dizziness and giddiness | | | | | | |
| 11/24/2020 13:27 EST  Wheeling, Linda FNP-C | | ICD-10 | R42 | 08/23/2017 | Current | 11/24/2020 |
| 08/23/2017 10:48 EST  Criswell, Linda PA-C | | ICD-10 | R42 | 08/23/2017 | Resolved | 08/23/2017 |
| Pain, unspecified | | | | | | |
| 12/06/2019 09:30 EST  Miranda, Jeannette FNP-BC     right leg pain, R/O DVT | | ICD-10 | R52 | 12/06/2019 | Current | |
| Edema, unspecified | | | | | | |
| 07/12/2019 12:02 EST  Dada, O. APRN | | ICD-10 | R609 | 08/29/2017 | Current | 07/12/2019 |
| 06/07/2019 12:10 EST  Dada, O. APRN | | ICD-10 | R609 | 08/29/2017 | Resolved | 06/07/2019 |
| 08/29/2017 10:28 EST  Criswell, Linda PA-C | | ICD-10 | R609 | 08/29/2017 | Current | |
| Prediabetes | | | | | | |
| 01/05/2018 15:18 EST  Li, Richard MD | | ICD-10 | R7303 | 01/05/2018 | Current | |

## Resolved

Hypothyroidism unspecified

# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

| | | | |
|---|---|---|---|
| **Complex:** COX--COLEMAN FCC | | **Begin Date:** 01/01/2020 | **End Date:** 12/31/2020 |
| **Inmate:** DELANCY, MICHAEL KEITH | | **Reg #:** 28495-018 | **Quarter:** C05-014L |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:** Denied

## Active Prescriptions

amLODIPine 10 MG TAB
Take one tablet (10 MG) by mouth each day to control blood pressure
**Rx#:** 973182-COX     **Doctor:** Li, Richard MD
**Start:** 12/17/19     **Exp:** 01/16/20     **D/C:** 01/08/20     **Pharmacy Dispensings:** 0 TAB in 365 days

amLODIPine 5 MG TAB
Take one tablet (5 MG) by mouth each day to control blood pressure ***note decreased dose***
**Rx#:** 975691-COX     **Doctor:** Li, Richard MD
**Start:** 01/08/20     **Exp:** 01/05/21     **Pharmacy Dispensings:** 292 TAB in 343 days

Aspirin 81 MG EC Tab
Take two tablets (162 MG) by mouth each morning
**Rx#:** 914359-COX     **Doctor:** Li, Richard MD
**Start:** 01/10/19     **Exp:** 01/05/20     **Pharmacy Dispensings:** 414 TAB in 706 days

Aspirin 81 MG EC Tab
Take two tablets (162 MG) by mouth each morning
**Rx#:** 975692-COX     **Doctor:** Li, Richard MD
**Start:** 01/08/20     **Exp:** 01/02/21     **Pharmacy Dispensings:** 578 TAB in 343 days

Atorvastatin 10 MG Tab
Take one tablet (10 MG) by mouth each day for control of cholesterol
**Rx#:** 914360-COX     **Doctor:** Li, Richard MD
**Start:** 01/10/19     **Exp:** 01/05/20     **Pharmacy Dispensings:** 147 tab in 706 days

Atorvastatin 10 MG Tab
Take one tablet (10 MG) by mouth each day for control of cholesterol
**Rx#:** 975693-COX     **Doctor:** Li, Richard MD
**Start:** 01/08/20     **Exp:** 01/02/21     **Pharmacy Dispensings:** 289 tab in 343 days

Fluticasone Prop 50mcg, 16ml Nasal spry
"Empty container is to be returned for refill" Use two sprays in each nostril each day as directed
**Rx#:** 914361-COX     **Doctor:** Li, Richard MD
**Start:** 01/10/19     **Exp:** 01/05/20     **Pharmacy Dispensings:** 48 ML in 706 days

| | | | |
|---|---|---|---|
| Complex: COX--COLEMAN FCC | | Begin Date: 01/01/2020 | End Date: 12/31/2020 |
| Inmate: DELANCY, MICHAEL KEITH | | Reg #: 28495-018 | Quarter: C05-014L |

## Active Prescriptions

hydroCHLOROthiazide 25 MG Tab

Take one tablet (25 MG) by mouth daily

**Rx#:** 964578-COX    **Doctor:** Miranda, Jeannette FNP-BC

**Start:** 10/18/19    **Exp:** 04/15/20    **D/C:** 01/08/20    **Pharmacy Dispensings:** 60 TAB in 426 days

hydroCHLOROthiazide 25 MG Tab

Take one tablet (25 MG) by mouth daily for blood pressure and fluid

**Rx#:** 975694-COX    **Doctor:** Li, Richard MD

**Start:** 01/08/20    **Exp:** 01/05/21    **Pharmacy Dispensings:** 292 TAB in 343 days

Mometasone Furoate Inhal 220 MCG/Inh [ 60 doses]

Inhale one puff by mouth each day "Empty container is to be returned for refill" rinse mouth after use (Refill once every 45 days)

**Rx#:** 914363-COX    **Doctor:** Li, Richard MD

**Start:** 01/10/19    **Exp:** 01/05/20    **Pharmacy Dispensings:** 4 ea in 706 days

**Bureau of Prisons**
**Health Services**
**Dental Health History Screen**

| | | | |
|---|---|---|---|
| Inmate Name: | DELANCY, MICHAEL KEITH | | Reg #: 28495-018 |
| Date of Birth: | | Sex: M   Race: BLACK | Facility: COM |
| Encounter Date: | 11/24/2020 14:00 | Provider: Vazquez-Diaz, Pio | Unit: C05 |

**ASSESSMENTS:**

**Health Problems as of Dental Health History Encounter date:** 11/24/2020 14:00

Health Problems

| Health Problem | Status |
|---|---|
| Hepatitis C, chronic w/o mention of hepatic coma | Current |
| Lipoma of other skin and subcutaneous tissue<br>    Right butt check | Current |
| Hyperlipidemia, mixed | Current |
| Occlusion and stenosis of carotid artery without cerebral infarction. | Current |
| Chronic periodontitis, unspecified | Current |
| Ganglion, unspecified | Current |
| Osteoporosis, unspecified | Current |
| Tinea unguium | Current |
| Essential (primary) hypertension | Current |
| Cardiac arrhythmia<br>    bradycardia | Current |
| Acute nasopharyngitis [common cold] | Current |
| Chronic sinusitis, unspecified | Current |
| Unsatisfactory restoration of tooth<br>    tooth #10 | Current |
| Arthropathy, unspecified | Current |
| Low back pain | Current |
| Chest pain, unspecified | Current |
| Dizziness and giddiness | Current |
| Pain, unspecified<br>    right leg pain, R/O DVT | Current |
| Edema, unspecified | Current |
| Prediabetes | Current |
| Hypothyroidism unspecified | Resolved |
| Acute postoperative pain, other<br>    extraction site #16 | Resolved |
| Eye, redness or discharge | Resolved |
| Other chronic otitis externa | Resolved |
| Acute upper respiratory infection of unspec site | Resolved |
| Shoulder, upper arm, sprain and stran | Resolved |
| Eye, contusion | Resolved |
| Acute sinusitis | Resolved |
| Pneumonia, unspecified organism | Resolved |
| Significant Procedures | Resolved |
| Cough | Resolved |
| Chest pain, unspecified | Resolved |
| Postnasal drip | Resolved |
| Dizziness and giddiness | Resolved |

| | | | | |
|---|---|---|---|---|
| Inmate Name: | DELANCY, MICHAEL KEITH | | Reg #: | 28495-018 |
| Date of Birth: | | Sex: M   Race: BLACK | Facility: | COM |
| Encounter Date: 11/24/2020 14:00 | | Provider: Vazquez-Diaz, Pio | Unit: | C05 |

| Health Problem | Status |
|---|---|
| Dizziness and giddiness | Resolved |
| Headache | Resolved |
| Syncope and collapse | Resolved |
| Syncope and collapse | Resolved |
| Suspect/probable COVID-19 case | Resolved |
| Quarantine - asymptomatic person in quarantine | Resolved |

**Medical History as of Dental Health History Encounter date:** 11/24/2020 14:00

**Medical History:**

| | |
|---|---|
| **Allergies:** | Denied |
| **Seizures:** | Denied |
| **Diabetes:** | Denied |
| **Cardiovascular:** | Denied |
| **CVA:** | Denied |
| **Hypertension:** | |
|   Age of Onset: | Adult (61-70 Years) |
|   Comments: | |
| Respiratory: | Denied |
| **Sickle Cell Anemia:** | Denied |
| **Carcinoma/Lymphoma:** | Denied |
| **HIV History:** | Denied |

**Hepatitis:**

| Hepatitis Type | Age of Onset | When Diagnosed | Jaundice | Comments |
|---|---|---|---|---|
| C | Adult (18-30 Years) | 2000 | No | |

| | |
|---|---|
| **Other Infectious Diseases:** | Denied |

**Other Health Issues:**

  **Other Medical Conditions And Treatment:**

  **Current Medical Conditions:**

  **Other Current Treatments:**

**Pregnant:** N/A

**Dental Observations as of Dental Health History Encounter date:** 11/24/2020 14:00

History:

| | |
|---|---|
| **Alcohol:** | No |
| **Methamphetamine:** | No |
| **Tobacco products:** | No |
| **Other drugs:** | Yes |
| **Sensitive teeth:** | Yes |
| **Bleeding gums:** | No |
| **Food impaction:** | No |
| **Pain around ear:** | No |