# *Composite Exhibit "D"*

```
████████          *       INMATE EDUCATION DATA        *    01-08-2021
PAGE 001 OF 001 *              TRANSCRIPT              *    15:50:51

REGISTER NO: 28495-018    NAME..: DELANCY                FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: COM-COLEMAN MED FCI

---------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
COM  ESL HAS    ENGLISH PROFICIENT          03-20-2000 0956 CURRENT
COM  GED DN     DROPPED GED NON-PROMOTABLE  09-21-2001 0737 CURRENT
COM  GED UNSAT  GED PROGRESS UNSATISFACTORY 09-21-2001 0739 CURRENT


----------------------------- EDUCATION COURSES -----------------------------
SUB-FACL  DESCRIPTION                    START DATE  STOP DATE  EVNT AC LV  HRS
COM       PHYSICAL FITNESS/HEALTH EDC    04-07-2018  06-25-2018  P   C  P    6
COM       WEIGHT LOSS CLASS              04-07-2018  06-22-2018  P   C  P    6
COM       FIELD MAINTENANCE              09-20-2017  11-10-2017  P   C  P    8
COM       DRIVERS LICENSE COURSE         07-15-2015  07-15-2015  P   C  P    4
COM       DRIVERS LICENSE COURSE         03-31-2015  03-31-2015  P   C  P    3
COM       RESPONSIBLE THINKING #6        07-11-2012  08-15-2012  P   C  P   12
COM       RPP PERSONAL GROWTH #6         11-15-2011  11-15-2011  P   C  P    1
COM       ABDOMINALS CLASS               05-02-2011  07-10-2011  P   C  P    4
COM       COMMERCIAL DRIVERS LICENSE ACE 10-01-2010  12-29-2010  P   C  P   24
COM       #1 DISEASE PREVENTION          09-10-2008  09-10-2008  P   C  P    1
BMM       ACCOUNTING ACE CLASS           09-18-2006  11-06-2006  P   C  P   16
BMM       CONSUMER ECONOMICS             08-17-2006  09-18-2006  P   C  P   12
BMM       JOB INTERVIEWING               08-17-2006  09-18-2006  P   C  P   12
BMM       RESUME WRITING CLASS           07-13-2006  08-17-2006  P   C  P   12
LOM       FIELD MAINT.TUE-THU 900-1000AM 06-27-2001  08-06-2001  P   C  P   12
ATL       GED LOW LEVEL(M-F 8-10 AM)     08-21-2000  01-19-2001  P   W  I  185
ATL       8-10A GED MAND THOMAS          04-24-2000  08-18-2000  P   W  I  249


----------------------------- HIGH TEST SCORES ------------------------------
TEST       SUBTEST       SCORE    TEST DATE    TEST FACL   FORM     STATE
ABLE       LANGUAGE       5.0     08-08-2000   ATL         F
           NUMBER OPR     7.5     08-08-2000   ATL         F
           PROB SOLV     10.9     10-04-2000   ATL         F
           READ COMP     10.5     10-04-2000   ATL         F
           SPELLING      10.2     10-04-2000   ATL         F
           VOCABULARY    13.0     10-04-2000   ATL         F




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

Case 3:98-cr-00336-HLA-JBT  Document 482-4  Filed 01/13/21  Page 3 of 7 PageID 981



## Individualized Needs Plan - Program Review    (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: DELANCY, MICHAEL KEITH  28495-018

SEQUENCE: 00863256
Team Date: 09-16-2020

| Facility: | COM  COLEMAN MED FCI | Proj. Rel. Date: | 01-04-2026 |
| --- | --- | --- | --- |
| Name: | DELANCY, MICHAEL KEITH | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 28495-018 | DNA Status: | COM03815 / 04-19-2010 |
| Age: | 66 | | |
| Date of Birth: | | | |

### Detainers

| Detaining Agency | Remarks |
| --- | --- |

*NO DETAINER*

### Current Work Assignments

| Facl | Assignment | Description | Start |
| --- | --- | --- | --- |
| COM | C3 UNT EXT | C3 UNIT ORDERLY - EXTRA | 12-06-2019 |

### Current Education Information

| Facl | Assignment | Description | Start |
| --- | --- | --- | --- |
| COM | ESL HAS | ENGLISH PROFICIENT | 03-20-2000 |
| COM | GED DN | DROPPED GED NON-PROMOTABLE | 09-21-2001 |
| COM | GED UNSAT | GED PROGRESS UNSATISFACTORY | 09-21-2001 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
| --- | --- | --- | --- | --- |
| COM | C | PHYSICAL FITNESS/HEALTH EDC | 04-07-2018 | 06-25-2018 |
| COM | C | WEIGHT LOSS CLASS | 04-07-2018 | 06-22-2018 |
| COM | C | FIELD MAINTENANCE | 09-20-2017 | 11-10-2017 |
| COM | C | DRIVERS LICENSE COURSE | 07-15-2015 | 07-15-2015 |
| COM | C | DRIVERS LICENSE COURSE | 03-31-2015 | 03-31-2015 |
| COM | C | RESPONSIBLE THINKING #6 | 07-11-2012 | 08-15-2012 |
| COM | C | RPP PERSONAL GROWTH #6 | 11-15-2011 | 11-15-2011 |
| COM | C | ABDOMINALS CLASS | 05-02-2011 | 07-10-2011 |
| COM | C | COMMERCIAL DRIVERS LICENSE ACE | 10-01-2010 | 12-29-2010 |
| COM | C | #1 DISEASE PREVENTION | 09-10-2008 | 09-10-2008 |
| BMM | C | ACCOUNTING ACE CLASS | 09-18-2006 | 11-06-2006 |
| BMM | C | CONSUMER ECONOMICS | 08-17-2006 | 09-18-2006 |
| BMM | C | JOB INTERVIEWING | 08-17-2006 | 09-18-2006 |
| BMM | C | RESUME WRITING CLASS | 07-13-2006 | 08-17-2006 |
| LOM | C | FIELD MAINT.TUE-THU 900-1000AM | 06-27-2001 | 08-06-2001 |
| ATL | W | GED LOW LEVEL(M-F 8-10 AM) | 08-21-2000 | 01-19-2001 |
| ATL | W | 8-10A GED MAND THOMAS | 04-24-2000 | 08-18-2000 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
| --- | --- |

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

### Current Care Assignments

| Assignment | Description | Start |
| --- | --- | --- |
| CARE1-MH | CARE1-MENTAL HEALTH | 07-13-2010 |
| CARE2 | STABLE, CHRONIC CARE | 05-30-2012 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
| --- | --- | --- |
| C19-T NEG | COVID-19 TEST-RESULTS NEGATIVE | 09-16-2020 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 05-23-2007 |
| YES F/S | CLEARED FOR FOOD SERVICE | 05-23-2007 |

### Current Drug Assignments

| Assignment | Description | Start |
| --- | --- | --- |
| DRG E COMP | DRUG EDUCATION COMPLETED | 05-17-2001 |
| DRG I RQ C | DRG INTRV REQD: CONTRB TO OFF | 03-14-2000 |

Archived as of 01-06-2021      Individualized Needs Plan - Program Review   (Inmate Copy)      Page 1 of 3



| | **Individualized Needs Plan - Program Review**  (Inmate Copy) | **SEQUENCE:** 00863256 |
|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | **Team Date:** 09-16-2020 |
| | Plan is for inmate: DELANCY, MICHAEL KEITH  28495-018 | |

## FRP Details

Most Recent Payment Plan

**FRP Assignment:** **COMPLT**  FINANC RESP-COMPLETED  **Start: 05-15-2000**

**Inmate Decision:** **AGREED**  $100.00  **Frequency: SINGLE**

**Payments past 6 months:** $0.00   **Obligation Balance:** $0.00

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

### Payment Details

Trust Fund Deposits - Past 6 months: $300.00    Payments commensurate? N

New Payment Plan: Complete

### Progress since last review

At your last review subject was recommended to enroll in the ACE Program of choice by next review. You have yet to satisfy this recommendation.

### Next Program Review Goals

Enroll in ACE Program of choice by next review.

### Long Term Goals

Successfully complete RPP Program by release date

### RRC/HC Placement

### Comments

None



**Individualized Needs Plan - Program Review   (Inmate Copy)**       SEQUENCE: 00863256
Dept. of Justice / Federal Bureau of Prisons                          Team Date: 09-16-2020
Plan is for inmate: DELANCY, MICHAEL KEITH  28495-018

```
      Name:  DELANCY, MICHAEL KEITH       DNA Status:  COM03815 / 04-19-2010
Register No.:  28495-018
       Age:  66
Date of Birth: ███
```

_____
Inmate   (DELANCY, MICHAEL KEITH, Register No.: 28495-018)

9/16/20
Date

FOR

_____                _____
Unit Manager / Chairperson                        Case Manager

9/16/20                                           9/16/20
Date                                              Date

# Certificate of Completion

This certifies that

*Michael Delancy*

has satisfactorily completed

*Commercial Driver's License*

consisting of 20 hours of training

December 27, 2010

_____
ACE Coordinator

# ACHIEVEMENT AWARD

This award is presented to

DELANCY, MICHAEL KEITH

for outstanding achievement in

Getting It Right "Responsible Thinking Program" 12 Hours

Signature

Date: 8-15-12

FCC Coleman Medium