**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**(Jacksonville)**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 3:98-CR-00336-HLA-JBT-1** |
| **Plaintiff,** | |
| vs. | |
| **MICHAEL KEITH DELANCY,** | |
| **Defendant.** | |
| _____/ | |

**ORDER GRANTING**
**DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE AND REDUCTION OF SENTENCE TO TIME-SERVED WITH HOME-CONFINEMENT AND ELECTRONIC MONITORING IMPOSED AS SPECIAL CONDITIONS OF SUPERVISED RELEASE**

**THIS CAUSE** came before the Court upon Defendant, **MICHAEL KEITH DELANCY'S,** Motion for Compassionate Release and for Reduction of Sentence to Time-Served with Home-Confinement and Electronic Monitoring Imposed as Special Conditions of Supervised Release, and upon consideration of the Defendant's motion, and being otherwise fully advised in the premises, it is hereby,

**ORDERED and ADJUDGED,**

That the Defendant's Motion for Compassionate Release and for Reduction of Sentence to Time-Served with Home-Confinement and Electronic Monitoring Imposed as Special Conditions of Supervised Release is hereby **GRANTED**, and the Defendant's sentence is hereby reduced to time-served and he shall commence his six (6) year term of supervised release with home-confinement and electronic monitoring imposed as special conditions thereof.

**DONE** and **ORDERED** at Jacksonville, Duval County, Florida, this ____ day of _____, 2021.

_____
THE HONORABLE HENRY LEE ADAMS, Jr.
SR. UNITED STATES DISTRICT COURT JUDGE