UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.	Case No.:	3:98-cr-336-HLA-JBT-1

MICHAEL KEITH DELANCY

---

## ORDER

This case is before the Court on Defendant Michael Keith Delancy's Motion for Compassionate Release (Doc. 482), the government's response in opposition (Doc. 483), and Defendant's reply brief (Doc. 486). The United States shall advise the Court, no later than **April 26, 2021**, whether Defendant has received or been offered the Covid-19 vaccine.

**DONE AND ORDERED** at Jacksonville, Florida this 20th day of April, 2021.

BRIAN J. DAVIS
United States District Judge

lc 19
Copies:
Counsel of record
Defendant

1